UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIDEL PEREZ GONI,

                    Plaintiff,

vs.                                    Case No.  2:05-cv-611-FtM-34SPC

C.  SWANSON,  D.M.D.;  R.  HEMPHILL;
A.K.  JANI,  M.D.;  O.  COATES,
R.N.S.A.; WARDEN M. HICKS,

                    Defendants.

_____

ORDER[1]

    This matter comes before the Court upon review of Plaintiff's
Motion for Emergency Restraining Order (Doc. #97).  Plaintiff is
currently incarcerated at Santa Rosa Correctional Institution,
which is located in Milton, Florida.  Pending before this Court is
*pro se* Plaintiff's civil rights complaint, which alleges claims of
medical indifference while he was incarcerated at Charlotte
Correctional Institution.

    In the Motion *sub judice*, Plaintiff seeks injunctive relief
against the medical officials at Santa Rosa Correctional.   In
particular, Plaintiff claims that he was denied his prescribed
seizure medication and instead was administered an overdose of a
new seizure medication.  As a result, Plaintiff was taken to the

_____

    [1]This is a "written opinion" under § 205(a)(5) of the E-
Government Act and therefore is available electronically. However,
it has been entered only to decide the motions addressed herein and
is not intended for official publication or to serve as precedent.

emergency room at Santa Rosa Hospital where he was advised by medical personnel that he "could [have] die[d]" had he been administered "just a little bit more of that medication." Motion at 2. Plaintiff alleges that the overdose was in retaliation for Plaintiff filing grievances concerning his medical care. Plaintiff states that he fears that his life is in danger. Id. Additionally, Plaintiff claims that he still suffers from an esophageal infection that has not been treated. Id. He claims that as a result of not receiving the necessary medical treatment for this infection, he has blood in his urine and vomit, and has blisters on his tongue. Id. As relief, Plaintiff requests that the Court order prison officials at Santa Rosa to transfer Plaintiff to the North Florida Reception Center so that he may be seen by medical specialists. Id. at 3.

This Court lacks jurisdiction to grant Plaintiff the relief he seeks. In particular, Plaintiff's request for injunctive relief is directed at correctional officers employed at Santa Rosa Correctional Institution. Santa Rosa's correctional officers are not within this Court's judicial district, instead they are within the judicial district of the United State District Court for the Northern District of Florida. 28 U.S.C. §1391(b). Consequently, to the extent Plaintiff believes he is being retaliated against for filing grievances, and/or is in imminent danger of physical harm, Plaintiff is required to seek relief from the **United States**

District Court for the Northen District of Florida.   Additionally, the Florida Department of Corrections has established an inmate grievance procedure for all inmates in their custody to address inmate concerns.   Fla. Admin. Code 33-103.001-019.   Plaintiff may bypass the filing of an informal and formal grievances by filing an "emergency grievance," a "grievance of reprisal," or a "grievance of a sensitive nature" directly with the Secretary of the Florida Department of Corrections.   Id. at 33-103.007(6)(a)(1).

ACCORDINGLY, it is now **ORDERED**:

1.   Plaintiff's Motion for Emergency Restraining Order (Doc. #97) is **DENIED**.

2.   The **Clerk of Court** shall provide a courtesy copy of this Order by facsimile to the Warden at Santa Rosa Correctional Institution for his investigation, if deemed appropriate.

**DONE AND ORDERED** in Fort Myers, Florida, on this 2nd ____ day of May, 2007.

_Marcia Morales Howard_
_____
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE


SA: hmk
Copies: All Parties of Record
        Warden, Santa Rosa Correctional Institution